IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD HERSHIPS,

        Petitioner,

  v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.
                                     /

No. CV-09-4713 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant petition is hereby DISMISSED.

Dated: January 27, 2010                                    Richard W. Wieking, Clerk

                                                                              By: Tracy Lucero
                                                                              Deputy Clerk